## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION


CALVIN W. ELKINS                                                    Plaintiff

v.                              4:07CV01066 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                           Defendant

### JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 5th day of March, 2009.


_____
UNITED STATES MAGISTRATE JUDGE